# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAWN ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 3:14cv1227 (MPS) |

## RULING AND ORDER

Upon review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges, and in the absence of any objection from either party, the Court APPROVES AND ACCEPTS United States Magistrate Judge Holly Fitzsimmons's Recommended Ruling [Doc. # 22]. The Motion to Reverse the Decision of the Commissioner [Doc. # 15] is therefore GRANTED, and the Motion to Affirm the Decision of the Commissioner [Doc. # 19] is DENIED.  The case is remanded as set forth in Magistrate Judge Fitzsimmons's thorough opinion.  **The Clerk is directed to close this file.**

　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Michael P. Shea, U.S.D.J.

Dated:　　　Hartford, Connecticut
　　　　　　　January 9, 2017